HARRIET FIFIELD, Appellant, *v.* THE NEW YORK, LACKAWANNA AND WESTERN RAILWAY COMPANY, Respondent.

(Argued January 17, 1893; decided February 7, 1893.)

APPEAL from judgment of the General Term of the Superior Court of the city of Buffalo, entered upon an order made December 28, 1891, which overruled plaintiff's exceptions, denied a motion for a new trial, and ordered judgment in favor of defendant upon a verdict.

*Seward A. Simons* for appellant.

*John G. Milburn* for respondent.

Agree to affirm on authority of *Fifield* v. *N. Y., L. & W. R. Co.* (125 N. Y. 704).
All concur.
Judgment affirmed. _____